395 A.2d 1019

Naddeo et ux., Appellants, v. Commonwealth et al.

Naddeo, Appellant, v. Commonwealth et al.

 Argued September 15, 1977. Harry R. Nixon, for appellants; Edwin L. Scherlis, for appellees, Murphy, Seidwitz, Clymer, Kulp, Lesko, Fazio, and Taylor; No appearance entered nor brief submitted for appellee, Hargreaves.

OPINION PER CURIAM: The order of the court below is vacated and the case is remanded for further proceedings consistent with *DuBree v. Commonwealth*, 481 Pa. 540, 393 A.2d 293 (1978).

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.